■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MALDONADO, Appellant. [894 NYS2d 906]—Appeal by the defendant from a judgment of the County Court, Nassau County (Ayres, J.), rendered January 27, 2009, convicting him of burglary in the second degree and reckless endangerment in the first degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which he moves to be relieved of the assignment to prosecute this appeal.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Fisher, J.P., Santucci, Angiolillo, Hall and Lott, JJ., concur.